```
Priority    ____
Send        ____
Enter       ____
Closed      ____
JS-5/JS-6   ✓
JS-2/JS-3   ____
Scan Only   ____
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter E. Sanchez,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Perceptive Management, Inc., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case: 2:14-CV-01161-RGK-JEM<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: DEC 2 3 2014

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

1